UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTRELL V. BROWN,

    Plaintiff,   Case No. 20-cv-11555
                                                          Hon. Matthew F. Leitman

v.

STATE OF MICHIGAN, *et al.*,

    Defendants.

_____/

## ORDER DIRECTING RESUBMISSION OF FILINGS

Plaintiff Antrell V. Brown filed this action on June 1, 2020. (*See* Compl., ECF No. 1.)  The same day, Brown filed a Motion for Permanent Injunction (ECF No. 2). Both filings were entered on the Court's docket on July 1, 2020.

The Court cannot read Brown's filings because the writing is not dark enough. The Court therefore is unable to proceed with Brown's action.  Accordingly, the Court hereby **DIRECTS** Brown to resubmit his filings in a readable format by no later than **SEPTEMBER 30, 2020**.

**IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  July 2, 2020

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 2, 2020, by electronic means and/or ordinary mail.

               s/Holly A. Monda
               Case Manager
               (810) 341-9764