UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTRELL V. BROWN,

  Plaintiff,         Case No. 20-cv-11555
              Hon. Matthew F. Leitman

v.

STATE OF MICHIGAN, *et al.*,

  Defendants.

_____/

## ORDER (1) OVERRULING PLAINTIFF'S OBJECTION (ECF No. 5) AND (2) RE-DIRECTING RESUBMISSION OF FILINGS

Plaintiff Antrell V. Brown filed this action on June 1, 2020. (*See* Compl., ECF No. 1.)  The same day, Brown filed a Motion for Permanent Injunction (ECF No. 2). Both filings were entered on the Court's docket on July 1, 2020.

The Court could not read Brown's filings because the writing was not dark enough.  The Court was therefore unable to proceed with Brown's action.  On July 2, 2020, the Court directed Brown to resubmit his filings in a readable format by no later than September 30, 2020. (*See* Order Directing Resubmission of Filings, ECF No. 3.)

Brown has not resubmitted his filings in a readable format.  Instead, Brown submitted an objection to the Court's order that directed him to resubmit his filings.

(*See* Objection, ECF No. 5.)  The Court cannot read this filing either, however, because the ink is not dark enough and the writing is not legible.

Accordingly, the Court **RE-DIRECTS** Brown to resubmit his Complaint and his Motion for Permanent Injunction in a readable format.  Brown may submit his filings by no later than **OCTOBER 30, 2020**.  If Brown fails to resubmit his filings in a readable format by that date, then the Court will dismiss his action without prejudice.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 11, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 11, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764