UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTRELL V. BROWN,

     Plaintiff,                                        Case No. 20-cv-11555
                                                          Hon. Matthew F. Leitman

v.

STATE OF MICHIGAN,

     Defendant.

_____/

**ORDER DISMISSING WITHOUT PREJUDICE**

On June 1, 2020, Plaintiff Antrell V. Brown filed his Complaint in this civil action. (*See* Compl., ECF No. 1.)  The same day, Brown filed a Motion for Permanent Injunction. (*See* Mot., ECF No. 2).  The Court could not read Brown's filings because, among other things, the writing was not dark enough.  For that reason, on July 2, 2020, the Court directed Brown to resubmit readable filings.  (*See* Order, ECF No. 3.)  On July 10, 2020, Brown objected to the Court's order to resubmit the filings.  (*See* Pla.'s Obj., ECF No. 5.)  On August 11, 2020, the Court overruled Brown's objection and re-directed him to resubmit the filings in a readable format.  (*See* Order, ECF No. 7.)  On September 29, 2020, Brown filed another motion (*see* Mot., ECF No. 8.), and that filing is also not readable.

Brown has still not submitted readable versions of his Complaint and Motion for Permanent Injunction. Because the Court cannot read Brown's filings and because Brown has disregarded the Court's order to submit readable filings, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 4, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 4, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2