UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTRELL V. BROWN,

    Plaintiff,                                                Case No. 20-cv-11555
v.                                                        Hon. Matthew F. Leitman

STATE OF MICHIGAN, *et al.*,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 11)

On June 1, 2020, Plaintiff Antrell V. Brown filed a Complaint against the State of Michigan and others. (*See* Compl., ECF No. 1.) The same day, Brown filed a Motion for Permanent Injunction. (*See* Mot., ECF No. 2). The Court could not read Brown's filings because, among other things, the writing was not dark enough. For that reason, on July 2, 2020, the Court directed Brown to resubmit his filings in a legible format. (*See* Order, ECF No. 3.) On July 10, 2020, Brown objected to the Court's order to resubmit the filings. (*See* Brown's Obj., ECF No. 5.) On August 11, 2020, the Court overruled Brown's objection and re-directed him to resubmit the filings in a legible format. (*See* Order, ECF No. 7.) On September 29, 2020, Brown filed another motion (*see* Mot., ECF No. 8.), and that filing was also not legible.

Because Brown failed to comply with the Court's orders and failed to provide legible copies of his pleadings and other filings, the Court dismissed this action

1

without prejudice on January 4, 2021. (*See* Order, ECF No. 10.) Brown has now filed what he calls "objections" to the Court's order of dismissal. (*See* Brown's Obj., ECF No. 11.) The Court will construe Brown's objections as a motion for reconsideration of the Court's January 4, 2021, order dismissing his Complaint, and it **DENIES** the motion.

Brown's motion does not explain, in any way, why the Court erred when it dismissed his Complaint without prejudice. Moreover, the motion itself is largely illegible and difficult to read. Simply put, the motion does not provide any discernable basis for reconsidering the dismissal of Brown's Complaint.

For all of these reasons, Brown's motion for reconsideration (ECF No. 11) is **DENIED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated:  January 28, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 28, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(810) 341-9764